**THE CHUGH FIRM, APC**                                    **E-filed 11/28/06**
Inderpreet Sawhney (State Bar #186778)
Johnny V. Phan (State Bar #221395)
4800 Great America Parkway, Suite 310
Santa Clara, CA 95054
Telephone: (408) 970-0100
Facsimile: (408) 970-0200
johnny@chugh.com

Attorneys for Defendants Jnana R. Dash, Gregory D. Hawkins, Karna Global Technologies, Inc., and Kannan R. Ayyar

**LAZARE POTTER GIACOVAS & KRANJAC LLP**
Jaipat Singh Jain (New York State Bar #3898533) (*pro hac vice*)
950 Third Avenue
New York, NY 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
jjain@lpgk.com

Attorneys for Plaintiff TCGIvega Technologies Pvt. Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS, <br><br> Defendants. | CASE NO. CV-05-05222 JF/HRL <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE: NON-EXPERT DISCOVERY, DISCLOSURE OF EXPERT WITNESS, EXPERT DISCOVERY, AND HEARING ON DISPOSITIVE MOTIONS** |

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, on September 8, 2006, Plaintiff TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD and Defendants KARNA GLOBAL TECHNOLOGIES, INC., KANNAN R. AYYAR, JNANA R. DASH, and GREGORY D. HAWKINS, by and through their counsel, all appeared before the Honorable Jeremy Fogel for a Further Case Management Conference.

WHEREAS, the Honorable Jeremy Fogel adopted the following deadlines:

1. Cut-off date for non-expert discovery and disclosure of expert witness is 1/08/07;

2. Cut-off date to complete expert discovery is 3/09/07; and

3. Last day for hearing dispositive motions is 5/04/07.

WHEREAS, the parties have been engaged in meaningful written discovery for the past three (3) months and anticipate that approximately two (2) months will be needed to complete written discovery.

WHEREAS, the parties wish to clarify and modify the volume of written discovery allowed to each side under the Court's Case Management Order.

WHEREAS, the parties have currently identified eight (8) individuals who will be deposed in this matter. These depositions will likely commence in January 2007 and be completed in March 2007. There may be other deponents identified during the course of continued discovery as well.

WHEREAS, three (3) of the eight (8) identified deponents currently reside in India and it will take some time for the parties to meet and confer regarding an appropriate deposition process and schedule.

WHEREAS, the parties are working diligently to complete discovery and to meet the current court deadlines, however, due to the complexities of the matter and other constraints outside of the parties' control, they are unable to meet the current court deadlines as outlined above.

WHEREAS, based on the foregoing, the parties believe good cause exists for this Stipulation to extend all pending court deadlines in this litigation and to clarify and modify the amount of written discovery each party may serve.

**IT IS HEREBY STIPULATED**, by and between the parties, Plaintiff and Defendants, through their respective counsel of record, as follows:

1. Cut-off date for non-expert discovery and disclosure of expert witness is continued to **3/23/07 (or              )**;

2. Cut-off date to complete expert discovery is continued to **5/14/07 (or              )**;

3. Last day for hearing dispositive motions is continued to **7/11/07( or              )**;

4. Each side (Plaintiff, on the one hand, Defendants, on the other) may serve, in the aggregate, 100 document requests and 100 admissions requests. Plaintiff may serve 100 written interrogatories in the aggregate. Defendants may serve 175 written interrogatories in the aggregate. The parties agree to meet and confer in good faith should either side desire to serve additional written discovery.

5. This stipulation may be executed in counterparts and facsimile signatures shall be treated as originals.

6. Each party shall bear its own fees and costs associated with the preparation and finalization of this Stipulation.

**IT IS SO STIPULATED.**

Dated: November 22, 2006            THE CHUGH FIRM, APC

By: _____
Johnny V. Phan, Esq.
Attorneys for Defendants Jnana R. Dash, Gregory D. Hawkins, Karna Global Technologies, Inc., and Kannan R. Ayyar

///

Dated: November 22, 2006

LAZARE POTTER GIACOVAS & KRANJAC LLP

By: _____
Jaipat Singh Jain, Esq.
Attorneys for Plaintiff TCGIVEGA Information Technologies Pvt. Ltd.

IT IS SO ORDERED.

Dated: November 28, 2006

_____
JUDGE OF THE DISTRICT COURT
Jeremy Fogel

The Chugh Firm

- 4 -

STIPULATION AND [PROPOSED] ORDER