**E-filed 2/5/07**

1  BERGESON, LLP
   MICHAEL W. STEBBINS (State Bar No. 138326)
2  mstebbins@be-law.com
3  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110
4  Telephone: (408) 291-6200
   Facsimile: (408) 297-6000
5

6  LAZARE POTTER GIACOVAS & KRANJAC LLP
   JAIPAT SINGH JAIN (New York State Bar No. 3898533) (*pro hac vice*)
7  jjain@lpgk.com
   950 Third Avenue
8  New York, NY 10022
   Telephone: (212) 758-9300
9  Facsimile: (212) 888-0919
10
   Attorneys for Plaintiff TCGIvega Technologies Pvt. Ltd.
11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS, <br><br> Defendants. | CASE NO. CV-05-05222 JF/HRL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL DEADLINES** |

### STIPULATION

WHEREAS, following an extension of time to respond, Defendants' responses to Plaintiff's discovery requests were served on December 11, 2006; and

WHEREAS, Defendants produced certain documents responsive to certain document

1

1  requests on January 22, 2007, only after a Protective Order Governing Confidential Information
2  was negotiated between the parties and, after modification, entered by the Court on January 18,
3  2007; and

4  WHEREAS, the parties are currently involved in the meet and confer process regarding
5  Defendants' responses; and

6  WHEREAS, the parties previously believed that depositions would likely commence in
7  mid-January 2007 and be completed in March 2007; and

8  WHEREAS, there has been one previous extension of the pre-trial deadlines pursuant to a
9  Stipulation and Order re: Non-Expert Discovery, Disclosure of Expert Witness, Expert Discovery
10 and Hearing on Dispositive Motions, which was entered by the Court on November 29, 2007.

11 WHEREAS, given the current state of written discovery, it appears that the parties will
12 need additional time to meet and confer, and that depositions will not begin until at least March
13 2007; and

14 WHEREAS, the parties intend to work diligently to resolve the issues relating to written
15 discovery and thereafter schedule and take depositions as soon as possible, they believe they are
16 nevertheless unable to meet the current pre-trial deadlines in this case; and

17 WHEREAS, based on the foregoing, the parties believe that good cause exists to extend the
18 current pre-trial deadlines and therefore stipulate and agree, and request that the Court order the
19 following:

20 1. The cut-off date for non-expert discovery and disclosure of expert witnesses is
21 hereby moved from March 23, 2007 to June 15, 2007 [or _____];

22 2. The cut-off date to complete expert discovery is hereby moved from May 14, 2007
23 to July 20, 2007 [or _____];

24 3. The last day for hearing dispositive motions is hereby moved from July 11, 2007 to
25 September 28, 2007 [or _____].

26 IT IS SO STIPULATED.
27
28

Dated: January 31, 2007

THE CHUGH FIRM, APC

By: _____
    Johnny V. Phan, Esq.

Attorneys for Defendants
JNANA R. DASH, GREGORY D. HAWKINS,
KARNA GLOBAL TECHNOLOGIES, INC., and
KANNAN R. AYYAR

Dated: January 31, 2007

BERGESON, LLP

By: _____
    Michael W. Stebbins, Esq.

Attorneys for Plaintiff
TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: 2/5, 2007

_____
JUDGE OF THE DISTRICT COURT
JEREMY FOGEL