**E-filed 5/7/07**

MICHAEL W. STEBBINS (State Bar No. 138326)
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

JAIPAT SINGH JAIN (New York State Bar No. 3898533) (*pro hac vice*)
jjain@lpgk.com
LAZARE POTTER GIACOVAS & KRANJAC LLP
950 Third Avenue
New York, NY 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919

Attorneys for Plaintiff TCGIvega Technologies Pvt. Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS, <br><br> Defendants. | CASE NO. CV-05-05222 JF/HRL <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING CERTAIN PRE-TRIAL DEADLINES** |

The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

### STIPULATION

1. Plaintiff served written discovery on Defendants in October 2006. After an

1

STIP. AND [PROPOSED] ORDER FURTHER EXTENDING CERTAIN PRE-TRIAL DEADLINES

extension of time, Defendants' served responses, consisting almost entirely of objections, on December 11, 2006. Defendants' first produced certain responsive documents on January 22, 2007, only after the Court entered a Protective Order Governing Confidential Information on January 18, 2007.

2. The parties met and conferred about the Defendants' discovery responses throughout January and February 2007. This process culminated in two lengthy telephone calls in early March 2007, wherein Defendants agreed to produce additional documents and supplemental responses to Plaintiff's interrogatories and document requests within the month. To date, none of the supplemental responses and only a handful of additional documents have been produced.

3. In mid-March 2007, the parties ostensibly attempted to reach a settlement. However, those efforts have reached an impasse.

4. There have been two previous extensions of the pre-trial deadlines: (1) Stipulation and Order re: Non-Expert Discovery, Disclosure of Expert Witness, Expert Discovery and Hearing on Dispositive Motions, entered on November 29, 2007; and (2) Stipulation and Order Extending Pre-Trial Deadlines, entered on February 5, 2007.

5. Given the existing pre-trial schedule and prior extensions, Plaintiff has attempted to keep discovery moving. As a condition to forbear from filing a motion to compel depositions and further discovery responses, Plaintiff required that Defendants agree to execute this Stipulation. Plaintiff has also required that Defendants agree to stipulate and/or jointly request that any such motion to compel be heard on shortened time.

6. Plaintiff will continue to work diligently to obtain the promised written discovery and take depositions as soon as possible; however, given the existing deadlines, it appears that an additional extension of time is necessary. In an attempt to maintain the present schedule as much as possible, the parties propose a 7 week extension of the discovery cutoff, a 3 week extension to the cutoff for expert discovery and no extension to the date for filing dispositive motions..

7. Based on the foregoing, the parties submit that good cause exists to extend the current pre-trial deadlines and therefore stipulate and agree, and request that the Court order the following:

2

STIP. AND [PROPOSED] ORDER FURTHER EXTENDING CERTAIN PRE-TRIAL DEADLINES

(a) The cut-off date for non-expert discovery and disclosure of expert witnesses is hereby moved from June 15, 2007 to August 3, 2007 [or _____];

(b) The cut-off date to complete expert discovery is hereby moved from July 20, 2007 to August 24, 2007 [or _____];

(c) The last day for hearing dispositive motions remains September 28, 2007.

IT IS SO STIPULATED.

Dated: May __, 2007          **THE CHUGH FIRM, APC**

                             By: /s/ Antoinette McGill
                             _____
                             Antoinette McGill, Esq.

                             Attorneys for Defendants
                             JNANA R. DASH, GREGORY D. HAWKINS,
                             KARNA GLOBAL TECHNOLOGIES, INC., and
                             KANNAN R. AYYAR

Dated: May __, 2007          **BERGESON, LLP**

                             By: /s/ Michael W. Stebbins
                             _____
                             Michael W. Stebbins, Esq.

                             Attorneys for Plaintiff
                             TCGIVEGA INFORMATION TECHNOLOGIES
                             PVT. LTD.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: ___5/7___, 2007       _____
                             UNITED STATES DISTRICT COURT JUDGE
                             JEREMY FOGEL

3

STIP. AND [PROPOSED] ORDER FURTHER EXTENDING CERTAIN PRE-TRIAL DEADLINES

MAY-02-2007 12:42 THE CHUGH FIRM 4089700200 P.05/05
MAY-01-07 03:42PM FROM-Bergeson, LLP 408-297-6000 T-597 P.017/017 F-606

Case 5:05-cv-05222-JF  Document 68  Filed 05/07/07  Page 4 of 5

1  (a) The cut-off date for non-expert discovery and disclosure of expert witnesses is

2  hereby moved from June 15, 2007 to August 3, 2007 [or _____];

3  (b) The cut-off date to complete expert discovery is hereby moved from July 20, 2007

4  to August 24, 2007 [or _____];

5  (c) The last day for hearing dispositive motions remains September 28, 2007.

6  IT IS SO STIPULATED.

7  Dated: May __, 2007        THE CHUGH FIRM, APC

8                              By: _____
                                    Antoinette McGill, Esq.
9

10                             Attorneys for Defendants
                               NANA R. DASH, GREGORY D. HAWKINS,
11                             KARNA GLOBAL TECHNOLOGIES, INC., and
                               KANNAN R. AYYAR
12

    Dated: May __, 2007        BERGESON, LLP
13
                                By: _____
14                                  Michael W. Stebbins, Esq.

15                             Attorneys for Plaintiff
                               TCGIVEGA INFORMATION TECHNOLOGIES
16                             PVT. LTD.

17  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

18  "conformed" signature (/s/) within this efiled document.

19

20                              ORDER

21  In accordance with the foregoing stipulation of the parties, and with good cause appearing

22  therefor, the Court enters the Stipulation as an Order of the Court.

23  IT IS SO ORDERED.

24

25  Dated: _____, 2007   _____

26                                UNITED STATES DISTRICT COURT JUDGE

27

28

(a) The cut-off date for non-expert discovery and disclosure of expert witnesses is hereby moved from June 15, 2007 to August 3, 2007 [or _____ ];

(b) The cut-off date to complete expert discovery is hereby moved from July 20, 2007 to August 24, 2007 [or _____ ];

(c) The last day for hearing dispositive motions remains September 28, 2007.

IT IS SO STIPULATED.

Dated: May __, 2007                    **THE CHUGH FIRM, APC**

                                       By _____
                                           Antoinette McGill, Esq.

                                       Attorneys for Defendants
                                       JNANA R. DASH, GREGORY D. HAWKINS,
                                       KARNA GLOBAL TECHNOLOGIES, INC., and
                                       KANNAN R. AYYAR

Dated: May 3, 2007                     **BERGESON, LLP**

                                       By _/s/ Michael W. Stebbins_____
                                           Michael W. Stebbins, Esq.

                                       Attorneys for Plaintiff
                                       TCGIVEGA INFORMATION TECHNOLOGIES
                                       PVT. LTD.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007           UNITED STATES DISTRICT COURT JUDGE