**\*E-FILED: 6/1/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR, JNANA R. DASH AKA JNAN DASH; and GREGORY D. HAWKINS, <br><br> Defendants. | No. C05-05222 JF (HRL) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME** <br><br> **[Re: Docket No. 73]** |

Plaintiff moves for an order shortening time on its "Motion to Compel Depositions" (Docket No. 69) and "Motion for Sanctions" (Docket No. 71). Defendants have advised that they do not oppose the request for an expedited hearing. Plaintiff has not made a persuasive showing that an expedited hearing is necessary. Nevertheless, the underlying discovery motion and sanctions motion do not appear to present complex issues; and, this court is available for an expedited hearing on this single, uncomplicated discovery matter on the requested June 19, 2007 hearing date. Accordingly, IT IS ORDERED THAT:

1. Defendants' oppositions to plaintiff's "Motion to Compel Depositions" and "Motion for Sanctions" shall be filed by **June 6, 2007**;

2. Plaintiff's reply shall be filed by **June 11, 2007**; and

3. The motions will be heard on **June 19, 2007, 10:00 a.m. in Courtroom 2**.

Dated: June 1, 2007

/s/ electronic signature authorized
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-5222 Notice will be electronically mailed to:**

Jaipat Singh Jain jjain@lpgk.com

Antoinette McGill antoinette.mcgill@chugh.com, oscar.rivera@chugh.com; paul@chugh.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Michael W. Stebbins mstebbins@be-law.com, gsimmons@be-law.com; vross@be-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.