*E-FILED: 6/6/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT LTD., <br><br> Plaintiff, <br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR, JNANA R. DASH AKA JNAN DASH; and GREGORY D. HAWKINS, <br><br> Defendants. | No. C05-05222 JF (HRL) <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER SHORTENING TIME** <br><br> [Re: Docket No. 93] |

On June 1, 2007, this court issued an order setting an expedited briefing and hearing schedule on plaintiff's motion to compel depositions and motion for sanctions. Under that schedule, defendants' opposition is due by June 6, 2007 and plaintiff's reply is due by June 11, 2007. Those motions are set for hearing on June 19, 2007. (*See* Order Granting Plaintiff's Motion to Shorten Time, Docket No. 86).

On June 4, 2007, defendants filed a motion for protective order and requested that it also be heard on June 19, 2007 along with plaintiff's discovery motions. Plaintiff opposes defendants' motion for an order shortening time. Defendants' motion for expedition is procedurally defective in certain respects. Nevertheless, insofar as defendants' underlying discovery motion appears to raise issues as to the location of one of the depositions plaintiff is moving to compel, the court finds that it will be more efficient to hear the parties' respective

discovery motions at the same time.  Accordingly, defendants' motion for an order shortening time is granted and briefing on the parties' respective motions shall be filed as follows:

    1.    In their opposition to plaintiff's motion to compel (due by June 6, 2007), defendants shall <u>not</u> repeat any arguments or re-submit any exhibits that have already been filed in connection with their motion for protective order.

    2.    Plaintiff shall respond to the issues raised in defendants' motion for protective order in its reply brief (due by June 11, 2007).

    3.    Defendants' reply on their motion for protective order shall be filed **no later than noon on June 13, 2007**.

    4.    The hearing on defendants' motion for protective order is set for **June 19, 2007, 10:00 a.m. in Courtroom 2**, to coincide with the hearing on plaintiff's motion to compel depositions and motion for sanctions.

Dated:   June 6, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-5222 Notice will be electronically mailed to:**

Jaipat Singh Jain jjain@lpgk.com

Antoinette McGill antoinette.mcgill@chugh.com, oscar.rivera@chugh.com; paul@chugh.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Michael W. Stebbins mstebbins@be-law.com, gsimmons@be-law.com; vross@be-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.