**THE CHUGH FIRM, APC**
Inderpreet Sawhney (State Bar #186778)
Paul S. Saghera (State Bar #158523)
Antoinette McGill (State Bar #148521)
4800 Great America Parkway, Suite 310
Santa Clara, CA 95054
Telephone: (408) 970-0100
Facsimile: (408) 970-0200

Attorneys for Defendants Karna Global Technologies, Inc., Kannan R. Ayyar, Jnana R. Dash and Gregory D. Hawkins

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT, LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS, <br><br> Defendants. | CASE NO. CV-05-05222 JF <br><br> PROPOSED ORDER: RE: DEFENDANTS KARNA GLOBAL TECHNOLOGIES, INC., KANNAN R. AYYAR, JNANA R. DASH AND GREGORY D. HAWKINS' MOTION TO EXTEND THIS COURT'S SCHEDULING ORDER <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 3 <br> Judge: The Honorable Jeremy Fogel |

Defendants Karna Global Technologies, Inc., Kannan R. Ayyar; Jnana R. Dash and Gregory D. Hawkins' Motion to Extend this Court's Scheduling Order was regularly set and came for hearing in Courtroom 3 of this Court on a date to be determined and at a time to be determined.

Antoinette McGill appeared on behalf of Defendants Karna Global Technologies, Inc., Kannan R. Ayyar, Jnana R. Dash and Gregory D. Hawkins. Michael Stebbins appeared on behalf of Plaintiff TCGivega Information Technologies PVT. Ltd.

After consideration of the papers on file and good cause appearing thereof.

1  IT IS HEREBY ORDERED that Defendants' Motion to Extend this Court's Scheduling
2  Order is granted.
3
4  It is further ordered that this Court's Scheduling Order deadlines as to Non-Expert, Expert
5  Discovery and Dispositive Motions is continued for a period of sixty (60) days
6
7  Dated: 8/2/07
8
9  THE HONORABLE JEREMY FOGEL