MICHAEL W. STEBBINS (State Bar No. 138326)
mstebbins@be-law.com
MELINDA M. MORTON (State Bar No. 209373)
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

JAIPAT SINGH JAIN (New York State Bar No. 3898533) (*pro hac vice*)
jjain@lpgk.com
LAZARE POTTER GIACOVAS & KRANJAC LLP
950 Third Avenue
New York, NY 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919

Attorneys for Plaintiff TCGIvega Technologies Pvt. Ltd.

*ORDER E-FILED: 8.16.2007*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS, <br><br> Defendants. | CASE NO. CV-05-05222 JF (HRL) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

## STIPULATION

WHEREAS, the Court granted Defendants' motion for leave to file a counterclaim on July

1

STIP. TO EXTEND TIME FOR RESPONSE TO COUNTERCLAIM AND STIP. AND [PROP.] ORDER TO CONT. HEARING ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

1  30, 2007.

2  WHEREAS, Defendants filed their counterclaim on August 1, 2007.

3  WHEREAS, the Court granted Defendants' motion to extend certain pre-trial deadlines for sixty (60) days on August 2, 2007, thereby continuing the discovery cutoff to October 2, 2007.

5  WHEREAS, Plaintiff's motion for protective regarding the deposition of ~~[struck]~~ Purnendu Ar Chatterjee ~~[struck]~~ is currently set for hearing on September 4, 2007. A m

7  WHEREAS, the parties have been engaged in settlement discussions for approximately two (2) weeks and wish to extend certain deadlines in the hopes of settling the matter without the need for further litigation and the attendant expense.

10  WHEREAS, the parties have, pursuant to Civil L.R. 6-1, agreed to extend the time to respond to Defendants' counterclaim twenty (20) days, thereby making Plaintiff's response due on September 10, 2007.

13  WHEREAS, the parties have also agreed and hereby request that the hearing on Plaintiff's pending motion for protective order be continued seven (7) days, thereby moving the hearing from September 4, 2007 to September 11, 2007 and moving the due date for Plaintiff's reply papers from August 21, 2007 to August 28, 2007.

IT IS SO STIPULATED.

Dated: August ___, 2007

THE CHUGH FIRM, APC

By: _____
   Antoinette McGill, Esq.

Attorneys for Defendants
JNANA R. DASH, GREGORY D. HAWKINS, KARNA GLOBAL TECHNOLOGIES, INC., and KANNAN R. AYYAR

Dated: August ___, 2007

**BERGESON, LLP**

By: ___/s/ Michael W. Stebbins___
       Michael W. Stebbins, Esq.

Attorneys for Plaintiff
TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD.

2

STIP. TO EXTEND TIME FOR RESPONSE TO COUNTERCLAIM AND STIP. AND PROP. ORDER TO CONT. HEARING ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

### ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____ August 16, 2007      _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    Howard R. Lloyd

STIP. TO EXTEND TIME FOR RESPONSE TO COUNTERCLAIM AND STIP. AND PROP. ORDER TO CONT. HEARING ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER