MICHAEL W. STEBBINS (State Bar No. 138326)
mstebbins@be-law.com
MELINDA M. MORTON (State Bar No. 209373)
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

JAIPAT SINGH JAIN (New York State Bar No. 3898533) (*pro hac vice*)
jjain@lpgk.com
LAZARE POTTER GIACOVAS & KRANJAC LLP
950 Third Avenue
New York, NY 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919

Attorneys for Plaintiff TCGIvega Technologies Pvt. Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>KARNA GLOBAL TECHNOLOGIES, INC.; KANNAN R. AYYAR; JNANA R. DASH AKA JNAN DASH; AND GREGORY D. HAWKINS,<br><br>Defendants. | CASE NO. CV-05-05222 JF (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND ALL PENDING DEADLINES AND TO CONTINUE PENDING HEARING DATE |

The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

**STIPULATION**

1. The parties have been engaged in serious settlement discussions since August 1, 2007 and seek a brief stay on all activity in this matter to avoid the expense and inconvenience of

1 conducting litigation activities while those discussions continue.

2. In light of these discussions, the parties recently filed a Stipulation to Extend Time to Respond to Counterclaim and Stipulation and Order to Continue Hearing on Plaintiff's Motion for a Protective Order, entered on August 16, 2007, which moved the response date for Defendants' counterclaim to September 10, 2007 and moved the hearing date on Plaintiff's pending motion for protective order regarding the deposition of Purnendu Chatterjee to September 11, 2007.

3. There have been four (4) previous extensions of the pre-trial deadlines: (1) Stipulation and Order re: Non-Expert Discovery, disclosure of Expert Witness, Expert Discovery and Hearing on Dispositive Motions, entered on November 29, 2006; (2) Stipulation and Order Extending Pre-Trial Deadlines, entered on February 5, 2007; (3) Stipulation and Order Further Extending Certain Pre-Trial Deadlines; and (4) Order Re: Defendants Karna Global Technologies, Inc., Kannan R. Ayyar, Jnana R. Dash and Gregory D. Hawkins' Motion to Extend This Court's Scheduling Order, entered on August 2, 2007.

4. The last of these extensions of the pre-trial resulted in the following pre-trial schedule for this matter:

    a. Discovery cut-off: October 2, 2007.

    b. Disclosure of expert witnesses: October 2, 2007.

    c. Completion of expert discovery: October 23, 2007.

    d. Last day for hearing of dispositive motions: November 27, 2007.

5. In light of the pending settlement discussions, the parties wish to extend all pending dates and deadlines for approximately thirty (30) days as follows:

    a. Plaintiff to respond to Defendants' counterclaim: October 10, 2007.

    b. Hearing date on Plaintiff's pending motion for protective order: October 11, 2007, thereby making Plaintiff's reply papers due on September 27, 2007.

    c. Discovery cut-off: November 2, 2007.

    d. Disclosure of expert witnesses: November 2, 2007.

    e. Completion of expert discovery: November 30, 2007.

|   |   |   |
|---|---|---|
| 1 | f. | Last day for hearing of dispositive motions: December 28, 2007. |
| 2 | 6. | The parties submit that good cause exists for the foregoing requested extensions given the progress that has been made toward settlement |

IT IS SO STIPULATED.

Dated: August 24, 2007                     **THE CHUGH FIRM, APC**

                                           By: /s/ Antoinette McGill
                                               Antoinette McGill, Esq.

                                           Attorneys for Defendants
                                           JNANA R. DASH, GREGORY D. HAWKINS,
                                           KARNA GLOBAL TECHNOLOGIES, INC., and
                                           KANNAN R. AYYAR

Dated: August 24, 2007                     **BERGESON, LLP**

                                           By: /s/ Michael W. Stebbins
                                               Michael W. Stebbins, Esq.

                                           Attorneys for Plaintiff
                                           TCGIVEGA INFORMATION TECHNOLOGIES
                                           PVT. LTD.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

### ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: 9/4/07, 2007                        _____
                                           UNITED STATES DISTRICT COURT JUDGE
                                           JEREMY FOGEL

STIP. AND ORDER TO FURTHER EXTEND ALL PENDING DEADLINES AND CONT. PENDING HEARING

f. Last day for hearing of dispositive motions: December 28, 2007.

6. The parties submit that good cause exists for the foregoing requested extensions given the progress that has been made toward settlement

IT IS SO STIPULATED.

Dated: August __, 2007

THE CHUGH FIRM, APC

By: _____
Antoinette McGill, Esq.

Attorneys for Defendants
JNANA R. DASH, GREGORY D. HAWKINS, KARNA GLOBAL TECHNOLOGIES, INC., and KANNAN R. AYYAR

Dated: August 27, 2007

BERGESON, LLP

By: _____
Michael W. Stebbins, Esq.

Attorneys for Plaintiff
TCGIVEGA INFORMATION TECHNOLOGIES PVT. LTD.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007        UNITED STATES DISTRICT COURT JUDGE

STIP. AND ORDER TO FURTHER EXTEND ALL PENDING DEADLINES AND CONT. PENDING HEARING